THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY A. VOGELSTEIN V. WARDEN OF THE COUNTY JAIL OF THE COUNTY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin and Untermyer, JJ.

MOLLIE RUSKIN V. LOUIS MARTON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GENERAL OUTDOOR ADVERTISING COMPANY, INC., v. R. C. MAXWELL COMPANY and NATIONAL SURETY COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ERNEST ROSENTHAL V. MORRIS WOLFSON, Impleaded with PHILIP WOLFSON and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MINNIE ROUSAK and PAUL ROUSAK V. NEW AMSTERDAM CASUALTY COMPANY. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRED H. POPE, as Trustee in Bankruptcy of MILL CREEK GOLD MINES, LTD., v. AUGUST HECKSCHER.— Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for extension of time to answer denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 611.]

EDITH M. STEVENS V. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 241 App. Div. 857.]

IDA A. JONSON, Suing upon Her Own Behalf as Stockholder and for the Benefit of All Other Stockholders of TUDOR CITY SEVENTH UNIT, INC., Similarly Situated, Who May Elect to Come in and Contribute to the Expense of This Action, v. FRED F. FRENCH MANAGEMENT Co., INC., and Others.— Motion granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

NEW YORK LIFE INSURANCE COMPANY v. H. & J. GUTTAG CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay pending appeal granted upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 603.]

ELLEN MESSER McDONALD V. JUILLIARD McDONALD.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See 241 App. Div. 457.]